[No. 9072–8–III.  Division Three.  July 13, 1989.]

DAVID SIMONDS, *Appellant,* v. THE CITY
OF SPOKANE, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 86–2–02798–4, Marcus M. Kelly, J., entered December 18, 1987. *Affirmed* by unpublished opinion per Shields, J., concurred in by Thompson, C.J., and Green, J.

[No. 9409–0–III.  Division Three.  July 13, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ADRIAN LAVONT
DAVIS, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 88–1–50060–5, Duane E. Taber, J., entered June 14, 1988. *Affirmed* by unpublished opinion per Shields, J., concurred in by Munson, A.C.J., and Green, J.

[No. 23053–1–I.  Division One.  July 17, 1989.]

JOHN M. WOODLEY, ET AL, *Appellants,* v. H. THOMAS
KOON III, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 87–2–20489–8, Edward Heavey, J., entered July 15, 1988. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Webster and Pekelis, JJ.